United States District Court
Southern District of Texas

**ENTERED**

March 26, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JENNY KARINA GUERRA GUTIERREZ DE GUERRA, | § § § | |
| Petitioner, | § § | |
| | § | CIVIL ACTION NO. 1:26-CV-327 |
| VS. | § § | |
| WARDEN, PORT ISABEL SERVICE PROCESSING CENTER, *et al.,* | § § § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Jenny Karina Guerra Gutierrez de Guerra is a national of Guatemala currently detained by U.S. immigration authorities within the Southern District of Texas. (*See* Emergency Pet., Doc. 1; Am. Pet., Doc. 5)  She has protection from removal to Guatemala.

On March 24, the Court issued a Temporary Restraining Order (Doc. 7).  To facilitate the Court's prompt consideration of the issues that Petitioner raises, it is:

**ORDERED** that by no later than April 10, 2026, Respondents shall file a Response to the arguments presented in the Memorandum of Law in Support of Petitioner's Motion for a Temporary Restraining Order or Preliminary Injunction (Doc. 3–1) and the First Amended Petition for a Writ of Habeas Corpus (Doc. 5); and

**ORDERED** that by no later than April 17, 2026, Petitioner Jenny Karina Guerra Gutierrez de Guerra shall file a Reply.

Signed on March 26, 2026.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge

1 / 1