UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JENNY KARINA GUERRA GUTIERREZ DE GUERRA, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:26-CV-327 |
| WARDEN, PORT ISABEL SERVICE PROCESSING CENTER, *et al.,* | § § § § | |
| Respondents. | § § | |

## PERMANENT INJUNCTION

On April 30, 2026, the Court issued an Order and Opinion (Doc. 20), granting in part Petitioner Jenny Karina Guerra Gutierrez de Guerra's Petition for Writ of Habeas Corpus. Based on the reasoning in the Order and Opinion (Doc. 20), it is:

**ORDERED** that Respondents shall comply with the notice and interview provisions of the March 2025 Guidance as to Petitioner, irrespective of whether the Secretary has determined that the country of removal has provided credible diplomatic assurances that aliens removed to that country will not be persecuted or tortured, and subject to the other requirements in this Order; and

**ORDERED** that Respondents may not remove Petitioner to the designated third country less than seven days after providing her with the notice of the country to which she will be removed.

Based on the record, the Court finds that Respondents have complied with this Permanent Injunction as to Petitioner's removal to Mexico, but issues the Permanent Injunction to govern Petitioner's removal should Respondents seek to remove her to a country other than Mexico.

In addition, to afford Petitioner an opportunity to seek appellate or other forms of relief before removal, it is also:

**ORDERED** that Respondents shall not remove or deport Petitioner Jenny Karina Guerra Gutierrez de Guerra on or before May 6, 2026.

The Clerk of Court is directed to close this matter.

Issued on April 30, 2026.

Fernando Rodriguez, Jr.
United States District Judge